UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRINCE FOOD CORP.<br><br>      Plaintiff,<br><br> -against-<br><br>CITIBANK, N.A.<br><br>      Defendant. | 23-CV-10105 (LGS)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  By Order of Reference dated January 16, 2024 (ECF 19), Judge Lorna G. Schofield referred this case to Magistrate Judge James L. Cott for settlement. On January 17, 2024, that referral was reassigned to me. I have therefore scheduled a settlement conference in this matter for **Monday, April 15, 2024, at 2:00 p.m.** The conference will be held in Courtroom 9B, at 500 Pearl Street, New York, NY, 10007. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

  If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov on or before **January 26, 2024**, to propose three alternative dates and times for the settlement conference during the week of 4/15/2024.

  Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Monday, April 8, 2024, at 5:00 p.m**.

DATED: January 19, 2024  
     New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge