UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Prince Food Corp., | 23-CV-10105 (LGS)(RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| Citibank, N.A., | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference in this case was scheduled for April 15, 2024. Ex-parte settlement letters were due on April 8, 2024 by 5 P.M. (ECF 21). Plaintiff has not submitted the required filing. I am therefore scheduling a pre-settlement conference for tomorrow morning, April 11, 2024 at 9:00 AM. Counsel for the parties are directed to call my conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 434 501 689#.**

DATED:  April 10, 2024
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge